Jose Luis NUNEZ, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 13–74113.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2016.*

March 25, 2016.

Shan Potts, Potts Martinez, Attorneys at
Law, Los Angeles, CA, for Petitioner.

Sheri Robyn Glaser, Trial, U.S. Department of Justice, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief
Counsel ICE, Office of the Chief Counsel
Department of Homeland Security, San
Francisco, CA, for Respondent.

Before: GOODWIN, LEAVY, and
CHRISTEN, Circuit Judges.

MEMORANDUM **

Jose Luis Nunez, a native and citizen of
El Salvador, petitions for review of the
Board of Immigration Appeals' order dismissing his appeal from an immigration
judge's decision denying his application for
protection under the Convention Against
Torture ("CAT"). We have jurisdiction
under 8 U.S.C. § 1252. We review for
substantial evidence the agency's factual
findings, *Silaya v. Mukasey*, 524 F.3d
1066, 1070 (9th Cir.2008), and we deny the
petition for review.

Substantial evidence supports the agency's denial of Nunez's CAT claim because
he failed to show that it is more likely than
not that he would be tortured by or with
the consent or acquiescence of the government if returned to El Salvador. *See id.*
at 1073. Thus, we deny the petition as to
Nunez's CAT claim.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

